■ In the Matter of GEORGE DuPRAT, Respondent, v JEANNETTE M. DuPRAT, Appellant. [723 NYS2d 654] —Order, Family Court, Bronx County (Marjory Fields, J.), entered on or about June 24, 1997, which, after a hearing, insofar as appealed from, awarded petitioner custody of the parties' younger child, unanimously affirmed, without costs.

The award of custody in petitioner's favor has a sound and substantial basis (*see, Victor L. v Darlene L.*, 251 AD2d 178, *lv denied* 92 NY2d 816; *see also, Eschbach v Eschbach*, 56 NY2d 167, 173-174) in evidence showing, among other things, that

respondent deliberately frustrated petitioner's visitation rights, and also neglected the older child's educational needs by not following his teacher's advice that he be tested for learning disabilities and the need for glasses and by not ensuring his regular and punctual attendance at school. Concur—Rosenberger, J. P., Nardelli, Andrias and Saxe, JJ.